UNITED STATES DISTRICT COURT · SOUTHERN DISTRICT OF TEXAS

A.V. Diamonds, Inc. §
§
versus §  Civil Action 4: 10-3207
§
Gold-n-Diamonds, Inc. §
§

## Conference Memorandum

Counsel: Fred Williamsen, Mark Young  Representing: Ds. Gold-n-Diamonds

Kval Patel, Karen Anderson  P. A.V. Diamonds

Date: December 6, 2010   Reporter: M. Malone

Started: 10:09 am   Ended: 10:29 am

At the conference, these rulings were made:

_____

☑ Order to be entered.
☑ A pretrial conference is set for: 3:30 p.m. on December 20, 2010.
☐ A hearing is set for: _____ on _____, 201__.
☐ Trial preparation to be completed by: _____, 201__.
☐ A trial is set for: _____ on _____, 201__.
  ☐ Bench   ☐ Jury (Estimated time at 5.5 hours a day _____).
☐ Joint Pretrial Order due: _____, 201__.
☑ Internal review deadline: December 20, 2010.

Lynn N. Hughes
United States District Judge